**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>DEBORAH L. BOARDMAN<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7810<br>Fax: (410) 962-2577<br>MDD_DLBChambers@mdd.uscourts.gov |

October 1, 2021

**LETTER ORDER**

RE: *Krell v. Braightmeyer*
DLB-18-637

Dear Counsel:

This letter order memorializes yesterday's call with counsel and adjusts the pretrial deadlines in ECF 112 as follows:

| | |
|---|---|
| October 25, 2021 | Deadline for filing or supplementing motions *in limine* and submitting joint status report regarding status of pending motion *in limine* and issue raised by defendant regarding plaintiff's medical records |
| November 1, 2021 | Deadline for filing responses to motions *in limine* |
| November 9, 2021, at 10 a.m. | Pretrial conference and motions *in limine* hearing in Courtroom 3A |

Motions *in limine* and any oppositions should be submitted in single-spaced letters limited to three pages, with one issue per letter. Replies are unnecessary. Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

Deborah L. Boardman
United States District Judge